1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
10

| | |
|---|---|
| FERNARDO V. GALANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., a foreign corporation; and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | CASE NO.: 3:16-CV-03468-HSG<br><br>[The Honorable Haywood S. Gilliam, Jr.]<br><br>**ORDER GRANTING DEFENDANT WELLS FARGO'S REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:　　October 4, 2016<br>Time:　　9:00 a.m.<br>Ctrm:　　10 – 19th Floor |

1   The Court, having read and considered defendant Wells Fargo's request to appear

2 telephonically at the initial case management conference scheduled for October 4, 2016, and

3 good cause appearing, finds:

4   Defendant Wells Fargo's request to appear by telephone is GRANTED.

5   ACCORDINGLY, IT IS ORDERED THAT:

6   1.   Counsel for Wells Fargo may appear by telephone at the hearing on its motion to

7       dismiss; *and*

8   2.   Wells Fargo's counsel, Michael Rapkine,  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

9

10

11  Dated: September 28, 2016        _____
                                     HON. HAYWOOD S. GILLIAM, JR.
12                                   U.S. DISTRICT JUDGE