UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| PERNARDO V. GALANG,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a foreign corporation; and DOES 1 through 10, Inclusive,<br><br>    Defendants. | CASE NO.: 3:16-CV-03468-HSG<br><br>[The Honorable Haywood S. Gilliam, Jr.]<br><br>**ORDER GRANTING JOINT STIPULATION EXTENDING TIME FOR PLAINTIFF TO FILE THE FIRST AMENDED COMPLAINT**<br><br>Former Due Date:   April 24, 2017<br>Current Due Date:   May 31, 2017 |

The Court, having reviewed the joint stipulation submitted by the parties and good cause appearing, hereby orders as follows:

The deadline for plaintiff to file a First Amended Complaint is extended to May 31, 2017.

**IT IS SO ORDERED.**

Dated: April 19, 2017

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE